...

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC; WOODBRIDGE STRUCTURED FUNDING, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KIMBERLY R. TAVARES,<br><br>Defendant. | Adversary Proceeding<br>Case No. 18-50821 (KJC)<br><br>**Ref. Docket Nos. 4 & 5** |

## ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR RESPOND TO COMPLAINT

Upon consideration of the Certification of Counsel;[2] and upon review of such certification and the Parties' *Stipulation Extending Time for Defendant to Answer or Respond to Complaint* attached hereto as Exhibit 1 (the "Stipulation"); and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

01:23803634.1

2.     The time for the Defendant to answer or otherwise respond to the Plaintiffs' Complaint [Adv. D.I. 1] is extended through and including **November 30, 2018**.

3.     This Order is without prejudice to the rights of any party to seek a further extension if and as appropriate.

Dated: \_\_\_\_NOV 7\_\_\_\_, 2018
Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE